JUDGE BATTS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA           :     **INDICTMENT**

        - v. -                              :     07 Cr. ____

ANDREI POTUPA,                     :

              Defendant.         :     07 mm 701

                                      :

- - - - - - - - - - - - - - - - - - x



COUNT ONE

The Grand Jury charges:

1. On or about March 14, 2007, in the Southern District of New York, ANDREI POTUPA, the defendant, having been released under Chapter 207 of Title 18, United States Code, in connection with a charge of, and while awaiting sentence after conviction for, an offense punishable by imprisonment for a term of 15 years' imprisonment, to wit, access device fraud, in violation of Title 18, United States Code, Sections 1029(a)(5) and 1029(b)(1), and Title 18, United States Code, Section 2, unlawfully, willfully, and knowingly did fail to appear before the Court for sentencing as required by the conditions of his release.

        (Title 18, United States Code,
    Sections 3146(a)(1) and (b)(1)(A)(i).)


_____                    _____
FOREPERSON                                  MICHAEL J. GARCIA
                                            United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

**UNITED STATES OF AMERICA**

- v. -

**ANDREI POTUPA,**

Defendant.

### INDICTMENT

07 Cr.

18 U.S.C. §§ 3146(a)(1) and (b)(1)(A)(i)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

_____
Foreperson.